IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-174 |
| NICHOLAS LUCIA | |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jonathan D. Lusty, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant NICHOLAS LUCIA, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with violating Title 18, United States Code, Sections 2 and 231(a)(3).

Recommended bond: $25,000 unsecured.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By:   *s/Jonathan D. Lusty*
JONATHAN D. LUSTY
Assistant U.S. Attorney
PA ID No. 311180