IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 20-174 |
| | ) | |
| NICHOLAS LUCIA, | ) | |
| | ) | |
| Defendant. | ) | |

**HEARING MEMO – Change of Plea Hearing by Videoconference**
Date hearing held:   12/21/21
Before Judge Arthur J. Schwab

| | |
|---|---|
| Counsel for Government | Jonathan Lusty |
| Counsel for Defendant | Patrick Livingston |
| Court Reporter | Marsia Balobek |
| Law Clerk/Deputy Clerk | LCK/BFM |
| Start time | 9:35 AM |
| End time | 10:30 AM |

Defendant present

**NOTED:**

The Defendant pleads guilty to Count 1
The Court accepts guilty plea.
The Court adjudicates the Defendant guilty.
PSI Ordered.
Sentencing set for 6/7/22 at 9:30 AM